

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00486-CR

Robert **ROMERO**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 562296
Honorable Wayne A. Christian, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 10, 2019.

_____
Sandee Bryan Marion, Chief Justice